IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00432-MSK-CBS

LOCKWOOD INDUSTIRES, INC.,
a California corporation, d/b/a Fralock,

    Plaintiff,

v.

DAVID WHELAN, an individual,
COBRA PLACEMENT SYSTEMS, INC., a Colorado corporation,
COBRA PLACEMENT SYSTEMS, L.L.C., a Colorado limited liability company,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    It is hereby **ORDERED** that the Joint Motion to Stay Deadlines Pending Finalization of Settlement Documents (filed December 29, 2005; *doc 29*) is **GRANTED**. It is further

    **ORDERED** that all deadlines are stayed for twenty (20) days pending the completion of settlement documents. Parties are given up to and including **January 11, 2006**, to submit dismissal paperwork.

**DATED:**    December 28, 2005