IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00432-MSK-CBS

LOCKWOOD INDUSTRIES, INC., a California corporation, d/b/a Fralock,

    Plaintiff,

v.

DAVID WHELAN, an individual,
COBRA PLACEMENT SYSTEMS, INC., a Colorado corporation, and
COBRA PLACEMENT SYSTEMS L.L.C., a Colorado Limited Liability Company,

    Defendants.
_____

## ORDER
_____

    This matter comes before the Court on the parties' Joint Stipulation of Dismissal **(#37)**. The Court, being fully advised in the premises, hereby ORDERS that:

    1.    This case, including all claims and counterclaims asserted by the parties against one another, is hereby dismissed with prejudice; and

    2.    Each party shall bear its own attorney fees, costs, and expenses incurred in connection with this action.

    DATED this 17th day of January 2006.

                                                    **BY THE COURT:**

                                                    */s/ Marcia S. Krieger*
                                                    _____

                                                    Marcia S. Krieger
                                                    United States District Judge